UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>            Plaintiff(s),<br>v.<br><br>AMANDA FOXALL,<br><br>            Defendant(s). | CASE NO. 2:22-cv-00564-TL<br><br>ORDER GRANTING MOTION TO CANCEL AND COME BACK LATER |

This matter is before the Court on Plaintiff's Motion to Cancel and Come Back Later. Dkt. No. 9. Specifically, Plaintiff notes that she is trying to focus on a state court matter addressing her rights to the child at issue in this case and asks the court for leave to "come back later and do this." *Id.* The Court GRANTS Plaintiff's request to cancel all proceedings in this case and DISMISSES this case without prejudice.

Dated this 9th day of August 2022.

*[signature]*

Tana Lin
United States District Judge

ORDER GRANTING MOTION TO CANCEL AND COME BACK LATER - 1